DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES MCCAFFREY** and **LISA MCCAFFREY,**
Appellants,

v.

**RYAN WEAVER,** et al.,
Appellee.

No. 4D21-1088

[April 14, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott R. Kerner, Judge; L.T. Case No. 50-2016-CA-007110-XXXX-MB.

Stephen E. Walker, Jupiter, for appellants.

Michael A. Rosenberg, Daniel E. Levin, and Adrianna de la Cruz-Muñoz of Cole, Scott & Kissane, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***